AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jesse Harris ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 1:20-cv-221277-UU |
| Universal Music Group, Sony Music Entertainment, Lionsgate Entertainment ) | |
| _Defendant_ ) | |

**FILED BY _C_S_ D.C.**
**JUL 09 2021**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __1/10/2021__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

**CLERK OF COURT**

_____
*Signature of Clerk or Deputy Clerk*

[ Print ]   [ Save As... ]                                          [ Reset ]



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _Alisha Beasley-Martin_
Deputy Clerk
Date _Jul 9, 2021_

Case 1:21-mc-00515-JMF   Document 1   Filed 07/14/21   Page 2 of 5
Case 1:20-cv-22177-UU   Document 64   Entered on FLSD Docket 07/09/2021   Page 2 of 5
Case 1:20-cv-22177-UU   Document 54   Entered on FLSD Docket 01/10/2021   Page 1 of 4

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:20-CV-22177-UU

Jesse Harris

_____
Plaintiff(s)

v.

Universal Music Group et. al.

_____
Defendant(s)

FILED BY _____ D.C.

JAN 08 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Re: Affidavit for Default Judgement**
(TITLE OF DOCUMENT)

I, Jesse Harris, plaintiff or defendant, in the above styled cause, am submitting an affidavit stating the amount claimed against Sony Music Entertainment the defendant, who failed to appear before the court within the time required by law.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date 1/13/21

Case 1:21-mc-00515-JMF Document 1 Filed 07/14/21 Page 3 of 5
Case 1:20-cv-22177-UU Document 64 Entered on FLSD Docket 07/09/2021 Page 3 of 5
Case 1:20-cv-22177-UU Document 54 Entered on FLSD Docket 01/10/2021 Page 2 of 4

(Rev. 10/2002) General Document

**Certificate of Service**

I _Jesse Harris_, certify that on this date _January 8th 2020_ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
_Jesse Harris_
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

Phone Number

Facsimile Number

1002 SW 8th St #112
Street Address

Miami, FL, 33130
City, State, Zip Code

Case 1:21-mc-00515-JMF   Document 1   Filed 07/14/21   Page 4 of 5
Case 1:20-cv-22177-UU   Document 64   Entered on FLSD Docket 07/09/2021   Page 4 of 5
Case 1:20-cv-22177-UU   Document 54   Entered on FLSD Docket 01/10/2021   Page 3 of 4
Case 1:20-cv-22177-UU   Document 23   Entered on FLSD Docket 08/10/2020   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESSE HARRIS

PLAINTIFF(S)

CASE NUMBER
1:20-cv-22177-UU

v.

UNIVERSAL MUSIC GROUP, et al.,

DEFAULT BY CLERK F.R.Civ.P.55(a)

DEFENDANT(S).

## Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Sony Music Entertainment**

as of course, on the date August 10, 2020.

Angela E. Noble
CLERK OF COURT

By /s/ Mary-Yves Etienne
Deputy Clerk

cc: Judge Ursula Ungaro
    Jesse Harris
    1065 SW 8th St #12

    Miami, FL
    33130

DEFAULT BY CLERK F.R.Civ.P.55(a)

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date

Case 1:21-mc-00515-JMF   Document 1   Filed 07/14/21   Page 5 of 5
Case 1:20-cv-22177-UU   Document 64   Entered on FLSD Docket 07/09/2021   Page 5 of 5
Case 1:20-cv-22177-UU   Document 54   Entered on FLSD Docket 01/10/2021   Page 4 of 4
Case 1:20-cv-22177-UU   Document 23   Entered on FLSD Docket 08/10/2020   Page 2 of 2

CV-37 (10/01)

## Default Judgement

The defendant, Sony Music Entertainment, having failed to plead or defend otherwise in this action, upon application of plaintiff, that the defendant is indebted to the plaintiff the principal sum of $3,000,000.00; that the defendant is defaulted for failure to appear, answer or plead otherwise to this action in a timely manner according to the law, that the claim is for a sum which by computation has been made certain; it is hereby

Ordered, Adjudged, and Decreed that the plaintiff, Jesse Harris, whom is 23 years of age and competent, recover of the defendant, Sony Music Entertainment, $3,000,000.00; according to law.

January 8th 2020

Jesse Harris
1065 SW 8th St #12
Miami, FL, 33130

*[signature]*